IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| GARY D. RECTOR, | ) |
| | ) |
| v. | ) 2:04-0047 |
| | ) |
| JOANNE B. BARNHART, Commissioner of Social Security | ) |

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Knowles in which he recommends affirming the Commissioner's finding and dismissal of the case. The Plaintiff has filed timely objections insisting that the Administrative Law Judge erred in failing to give controlling weight to the assessment of Dr. Seitzinger, or at least failing to adequately explain his reason for not doing so. This and other objections are the same as raised before the Magistrate Judge and were fully considered and addressed by him.

This man has seen a multitude of doctors, the opinions of some of whom support disability and that of others do not. The Plaintiff has also undergone multiple tests, MRIs, CTs, X-rays, etc.

There is substantial evidence to support the Commissioner's decision. It is **AFFIRMED** and this case is **DISMISSED**.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge